IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE HENRY PITTS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:17-CV-376-WKW [WO] |
| BULLOCK CORRECTIONAL FACILITY, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## **RECOMMENDATION OF THE MAGISTRATE JUDGE**

Plaintiff filed this *pro se* 42 U.S.C. § 1983 complaint on June 12, 2017. After reviewing the complaint, the court deemed it necessary to direct Plaintiff to file a supplement to the complaint and provided Plaintiff with specific instructions regarding filing the supplement. Doc. 3. Plaintiff failed to comply with the court's order that he file a supplement to the complaint. By order of August 3, 2017, the court directed Plaintiff to show cause why the complaint should not be dismissed for his failure to comply with order directing that he file a supplement to the complaint. Doc. 4. The court cautioned Plaintiff his failure to comply with the August 3 order would result in a Recommendation this case be dismissed. *Id*.

As of the present date, Plaintiff has failed to file a supplement to his complaint as required by this court. Because of Plaintiff's failure to file the supplement, the court concludes that this case is due to be dismissed. *Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) (As a general rule, where a litigant has been forewarned, dismissal for failure to obey a court order is not an abuse of discretion.).

Accordingly, it is the RECOMMENDATION of the Magistrate Judge this case be DISMISSED without prejudice for failure of Plaintiff to file a supplement to the complaint as ordered by the court.

It if further

ORDERED that **on or before September 14, 2017**, Plaintiff may file an objection to the Recommendation. Plaintiff must specifically identify the factual findings and legal conclusions in the Recommendation to which he objects. Plaintiff is advised that frivolous, conclusive, or general objections will not be considered.

Failure to file a written objection to the Magistrate Judge's findings and recommendations in accordance with 28 U.S.C. § 636(b)(1) shall bar a party from a *de novo* determination by the District Court of legal and factual issues covered in the Recommendation and waives the right of the party to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. 11th Cir. R. 3-1; *see Resolution Trust Co. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993); *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989).

DONE, on this the 29th day of August, 2017.

/s/ Susan Russ Walker
Susan Russ Walker
United States Magistrate Judge