IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE HENRY PITTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:17-CV-376-WKW |
| | ) | [WO] |
| BULLOCK CORRECTIONAL | ) | |
| FACILITY, KILBY | ) | |
| CORRECTIONAL FACILITY, | ) | |
| WEST JEFFER D.O.C., ELMORE | ) | |
| CORRECTIONAL FACILITY, | ) | |
| STATON CORRECTIONAL | ) | |
| FACILITY, FRANK LEE | ) | |
| COMMUNITY BASED | ) | |
| FACILITY, PICTHE | ) | |
| WORKLESS, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On August 29, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 5.) Upon an independent review of the record and the Recommendation, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 25th day of September, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE